IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 13-CR-32 (MTT) |
| | : | |
| KERRY BOLDEN, et al., | : | |

## P L E A

I, KERRY BOLDEN, having been advised of my Constitutional rights and having had the charges herein stated to me in open Court, plead NOT GUILTY to the Indictment in open Court, this 24th day of April, 2013.

_____
KERRY BOLDEN
DEFENDANT

_____
CLARENCE CUTHBERT
ATTORNEY FOR DEFENDANT

_____
FORREST CHRISTIAN
SPECIAL LITIGATION COUNSEL
U.S. DEPARTMENT OF JUSTICE