# INDEX:

| U.S. v. Hinton et al | | | | DJ# 144-19M-1772 | |

| No. | Exhibit | Witness | Move | Admit | STIP |
|-----|---------|---------|------|-------|------|
| 1 | Flint River Trauma Head Sheet<br>Bates: 4056-4057 | | | | |
| 2 | Flint River Transfer Sheet<br>Bates: 4069-4070 | | | | |
| 3 | Flint River Medical Record<br>Bates: 4044-4075 | | | | |
| 4 | Emmett McKenzie Typed Witness Statement<br>Bates: 433-434 | | | | |
| 4A | Emmett McKenzie Handwritten Witness Statement<br>Bates: 435-436 | | | | |
| 5 | Video: Dean Camera 8<br>Length – 00:17:56<br>Bates: 11347 | | | | |
| 5A | Video Clip: Dean Camera 8<br>Length - 2:05:30-2:05:39<br>Bates: 11347 | | | | |
| 5B | Still Photo: Dean Camera 8<br>Bates: 11347 | | | | |
| 6 | Video: Dean Camera 5<br>Length – 00:17:56<br>Bates: 11347 | | | | |
| 6A | Video Clip: Dean Cam 5<br>Length - 2:12:05-2:12:30<br>Bates: 11347 | | | | |
| 7 | Video: Dean Camera 7<br>Length – 00:17:56<br>Bates: 11347 | | | | |
| 7A | Video Clip: Dean Cam 7<br>Length - 2:13:08-2:16:00<br>Bates: 11347 | | | | |
| 8 | Kerry Bolden Typed Witness Statement<br>Bates: 387-388 | | | | |
| 8A | Kerry Bolden Handwritten Witness Statement<br>Bates: 389-390 | | | | |
| 9 | Still Photo: Jones in Dorm Uninjured<br>Bates: 12867 | | | | |
| 10 | Video: Jones Video 1<br>Length - 00:28:28<br>Bates: 7304 | | | | |

# INDEX:

| U.S. v. Hinton et al | | | | | DJ# 144-19M-1772 |

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 10A | Video Clip: Jones Video 1<br>Length - 00:00:15 – 00:00:25<br>Bates: 7304 | | | | |
| 10B | Video Clip: Jones Video 1<br>Length- 00:25:00-00:01:30<br>Bates: 7304 | | | | |
| 10C | Still Photo: Injuries to the Left Side of Jones' Face<br>Bates: 7304 | | | | |
| 10D | Still Photo: Jones' Head Wrapped with CERT Members in View<br>Bates: 7304 | | | | |
| 10E | Still Photo: Jones with Facial Injuries, without Head Wrapping<br>Bates: 7304 | | | | |
| 10F | Still Photo: Jones with Facial Injuries, without Head Wrapping<br>Bates: 7304 | | | | |
| 10G | Still Photo: Jones is Held by CERT Officers in Medical with Facial Injuries<br>Bates: 7304 | | | | |
| 10H | Still Photo: Jones with Hall and nurse in view<br>Bates: 7304 | | | | |
| 10I | Still Photo: Officer Rushin in View<br>Bates: 7304 | | | | |
| 10J | Still Photo: Jones in Medical with Lach Present<br>Bates: 7304 | | | | |
| 10K | Video: Jones Video 2<br>Length – 00:32:08<br>Bates: 7304 | | | | |
| 10L | Video Clip: Jones Video 2<br>Length – 00:30:19-00:30:34<br>Bates: 7304 | | | | |
| 11 | Kerry Bolden Use of Force Supplement – Typed<br>Bates: 5263 | | | | |

# INDEX:

| U.S. v. Hinton et al | | | | DJ# 144-19M-1772 | |
|---|---|---|---|---|---|

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 11A | Kerry Bolden Use of Force Supplement - Handwritten<br>Bates: 938 | | | | |
| 12 | Kerry Bolden Typed Witness Statement<br>Bates: 934-935 | | | | |
| 12A | Kerry Bolden Handwritten Witness Statement<br>Bates: 936-937 | | | | |
| 13 | Kerry Bolden Oath of Office<br>Bates: 293 | | | | |
| 14 | Willie Redden Oath of Office<br>Bates: 2145 | | | | |
| 15 | Subpoena Jones Incident 11.13.2012<br>Bates: 10417-10418 | | | | |
| 16 | Affidavit in Response<br>Bates: 4757-4758 | | | | |
| 17 | Jones MSP Incident Report - Typed<br>Bates: 5251-5252 | | | | |
| 17A | Jones MSP Incident Report – Handwritten<br>Bates: 909-910 | | | | |
| 18 | Use of Force Cover Sheet<br>Bates: 906-908 | | | | |
| 19 | Use of Force Assessment<br>Bates: 991-992 | | | | |
| 20 | Medical Report<br>Bates: 990 | | | | |
| 21 | Medical Report<br>Bates: 994 | | | | |
| 22 | Tyler Griffin Typed Witness Statement<br>Bates: 962-963 | | | | |
| 22A | Tyler Griffin Handwritten Witness Statement<br>Bates: 964-965 | | | | |
| 23 | Jones Scribe Computer Incident Report<br>Bates: 12864-12867 | | | | |
| 24 | Subpoena MSP Felton Incidents 2.12.13<br>Bates: 10415-10416 | | | | |

# INDEX:

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 25 | Subpoena Jabaris Miller Incidents 4.15.13<br>Bates: 10410-10411 | | | | |
| 26 | Affidavit Felton Incidents 2.7.13<br>Bates: 6685-6686 | | | | |
| 27 | Scribe Computer Incident Report<br>Bates: 6687-6690 | | | | |
| 28 | Incident Report - Typed<br>Bates: 6691-6692 | | | | |
| 29 | Use of Force Assessment<br>Bates: 6696-6697 | | | | |
| 30 | Delton Rushin Typed Witness Statement<br>Bates: 6706 | | | | |
| 31 | MSP Incident Report<br>Bates: 1144 | | | | |
| 32 | Use of Force/Serious Incident Report Coversheet<br>Bates: 1146 | | | | |
| 33 | MSP Use of Force Assessment<br>Bates: 1163-1164 | | | | |
| 34 | Medical Report<br>Bates: 1162 | | | | |
| 35 | Delton Rushin Typed Witness Statement<br>Bates: 1158 | | | | |
| 35A | Rushin Delton Handwritten Witness Statement<br>Bates: 1176 | | | | |
| 36 | Scribe Computer Incident Report<br>Bates: 12868-12871 | | | | |
| 37 | Dean Incident Subpoena 5.8.2012<br>Bates: 10419-10421 | | | | |
| 38 | Dean Incident Affidavit 4.26.2012<br>Bates: 2599 | | | | |
| 39 | Scribe Computer Incident Report<br>Bates: 2591-2598 | | | | |
| 40 | MSP Incident Report – Typed<br>Bates: 55, 57 | | | | |
| 41 | Use of Force/Serious Incident Report Coversheet<br>Bates: 481 | | | | |

# INDEX:

| No. | Exhibit | Witness | Move | Admit | STIP |
|-----|---------|---------|------|-------|------|
| 42 | MSP Use of Force Assessment<br>Bates: 359, 361 | | | | |
| 43 | Evidence Form from Dorm Video<br>Bates: 11308 | | | | |
| 44 | Christopher Hall Typed Witness Statement<br>Bates: 391-392 | | | | |
| 44A | Christopher Hall Handwritten Witness Statement<br>Bates: 393-394 | | | | |
| 45 | Ronald Lach Typed Witness Statement<br>Bates: 407-408 | | | | |
| 45A | Ronald Lach Handwritten Witness Statement<br>Bates: 409 | | | | |
| 46 | Delton Rushin Typed Witness Statement<br>Bates: 403-404 | | | | |
| 46A | Delton Rushin Handwritten Witness Statement<br>Bates: 405-406 | | | | |
| 47 | Derrick Wimbush Typed Witness Statement<br>Bates: 383-384 | | | | |
| 47A | Derrick Wimbush Handwritten Witness Statement<br>Bates: 385-386 | | | | |
| 48 | Delton Rushin Typed Witness Statement<br>Bates: 942-943 | | | | |
| 48A | Delton Rushin Handwritten Witness Statement<br>Bates: 944-945 | | | | |
| 49 | Darren Douglass Typed Witness Statement<br>Bates: 946-947 | | | | |
| 49A | Darren Douglass Handwritten Witness Statement<br>Bates: 948-949 | | | | |

# INDEX:

U.S. v. Hinton et al                                          DJ# 144-19M-1772

| No. | Exhibit | Witness | Move | Admit | STIP |
|-----|---------|---------|------|-------|------|
| 50 | Ronald Lach Typed Witness Statement<br>Bates: 954-955 | | | | |
| 50A | Ronald Lach Handwritten Witness Statement<br>Bates: 956-957 | | | | |
| 51 | Derrick Wimbush Typed Witness Statement<br>Bates: 958-959 | | | | |
| 51A | Derrick Wimbush Handwritten Witness Statement<br>Bates: 960-961 | | | | |
| 52 | MSP Incident Report – Typed<br>Bates: 988-989 | | | | |
| 53 | Nursing Assessment signed by K. Cazenave<br>Bates: 714 | | | | |
| 54 | Medical Encounter & Transfer Forms<br>Bates: 733-735 | | | | |
| 55 | GDOC IIU review of Jones medical record<br>Bates: 710-712 | | | | |
| 56 | Darren Douglass Use of Force Supplement – Typed<br>Bates: 950 | | | | |
| 56A | Darren Douglass Use of Force Supplement – Handwritten<br>Bates: 952 | | | | |
| 57 | Incident Report<br>Bates: 5110 | | | | |
| 58 | Willie Redden Typed Use of Force Supplement<br>Bates: 6700 | | | | |
| 59 | Christopher Hall Typed Witness Statement<br>Bates: 6707 | | | | |
| 60 | Kerry Bolden Typed Witness Statement<br>Bates: 6708 | | | | |
| 61 | Willie Redden Typed Witness Statement<br>Bates: 6709 | | | | |
| 62 | Staffing Assignment<br>Bates: 7169-7177 | | | | |

# INDEX:

| U.S. v. Hinton et al | DJ# 144-19M-1772 |
|---|---|

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 63 | Kadarius Thomas Typed Witness Statement<br>Bates: 1159 | | | | |
| 63A | Kadarius Thomas Handwritten Witness Statement<br>Bates: 1177 | | | | |
| 64 | Christopher Hall Typed Witness Statement<br>Bates: 1161 | | | | |
| 65 | Westbrook Injury Photo 1 – Side view bandage on Head<br>Bates:  1007 | | | | |
| 66 | Westbrook Injury Photo 2 – Side view bandage on eye<br>Bates: 1008 | | | | |
| 67 | Westbrook Injury Photo 3 – Back view of bandage on side of head<br>Bates: 1009 | | | | |
| 68 | Westbrook Injury Photo 4 – Front view of face injuries w/ bandage on head<br>Bates:1009 | | | | |
| 69 | Westbrook Injury Photo 5 – Black eye bandage on eye<br>Bates: 1010 | | | | |
| 70 | Westbrook Injury Photo 6 – Black eye w/ bandage on head and eye<br>Bates: 1010 | | | | |
| 71 | Use of Force Assess. w. Medical Report<br>Bates: 1100-1101 | | | | |
| 72 | GDOC IIU Review of Westbrook Medical Records<br>Bates: 1104 | | | | |
| 73 | Use of Force Assessment<br>Bates: 1105-1107 | | | | |
| 74 | Staffing Assignment<br>Bates: 5316-5321 | | | | |
| 75 | Stephen Walden Use of Force Supplement<br>Bates: 52 | | | | |
| 76 | Stephen Walden Typed Witness Statement Bates: 53 | | | | |
| 77 | GDOC Incident Report<br>Bates: 353 | | | | |

# INDEX:

| No. | Exhibit | Witness | Move | Admit | STIP |
|-----|---------|---------|------|-------|------|
| 78 | GDOC Continuation of Incident Report<br>Bates: 357 | | | | |
| 79 | GDOC Use of Force Assessment Cont.<br>Bates: 361 | | | | |
| 80 | Christopher Caldwell Handwritten Witness Statement<br>Bates: 375-376 | | | | |
| 81 | Darren Douglass Typed Witness Statement<br>Bates: 395-396 | | | | |
| 81A | Darren Douglass Handwritten Witness Statement<br>Bates: 397-398 | | | | |
| 82 | Kadarius Thomas Typed Witness Statement<br>Bates: 399-400 | | | | |
| 82A | Kadarius Thomas Handwritten Witness Statement<br>Bates: 401-402 | | | | |
| 83 | Willie Redden Typed Witness Statement<br>Bates: 411-412 | | | | |
| 83A | Willie Redden Handwritten Witness Statement<br>Bates: 413-414 | | | | |
| 84 | Use of Force Assessment<br>Bates: 54 | | | | |
| 85 | 12/16/2010 Staffing Assignment<br>Bates: 5322-5327 | | | | |
| 86 | Dodge County Hospital Radiology Consultation Report<br>Bates: 723-724 | | | | |
| 87 | Entire Atlanta Medical Center Medical Record<br>Bates: 3649-3833 | | | | |
| 88 | Dr. Walker's Discharge Summary<br>Bates: 3651 | | | | |
| 89 | Entire GDOC Medical Record<br>Bates: 3129-3532 | | | | |
| 90 | Blakely Recent Use of Force Memo<br>Bates: 1071, 1073 | | | | |
| 91 | SOP – Use of Force<br>Bates: 5416-5431 | | | | |
| 92 | SOP – Incident Reports<br>Bates: 5432-5437 | | | | |

# INDEX:

| U.S. v. Hinton et al | DJ# 144-19M-1772 |
|---|---|

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 93 | Use of Force Inservice Slides<br>Bates: 7051-7055 | | | | |
| 94 | Legal Issues Slides<br>Bates: 7056-7057 | | | | |
| 95 | Defensive Tactics Slides<br>Bates: 7058-7064 | | | | |
| 96 | Report Writing Slides<br>Bates: 7065-7067 | | | | |
| 97 | Lesson Plan – Defensive Tactics<br>Bates: 7100-7129 | | | | |
| 98 | Randle-Hall Interview Full Video<br>Bates: 3545 | | | | |
| 98A | Randle-Hall Interview Clip 1<br>Bates: 3545 | | | | |
| 98B | Randle-Hall Interview Clip 2<br>Bates:3545 | | | | |
| 98C | Randle-Hall Interview Clip 3<br>Bates:3545 | | | | |
| 99 | Injury Photo 1 – Forehead Contusion Zoom Out<br>Bates:11230 | | | | |
| 100 | Injury Photo 2 – Dean in Wheelchair<br>Bates:11225 | | | | |
| 101 | Randle-Hall Interview Time-Stamped Transcript<br>Bates: 12775-12843 | | | | |
| 102 | ICS Hunt-Hall Interview 1.7.11<br>Bates: 141-143 | | | | |
| 103 | ICS Randle-Hall Interview 1.18.11<br>Bates: 174-175 | | | | |
| 104 | ICS Hunt-Lach Interview 1.7.11<br>Bates: 131-134 | | | | |
| 105 | ICS Randle-Rushin Interview 1.7.11<br>Bates: 153-156 | | | | |
| 106 | Delton Rushin Handwritten Statement<br>Bates: 157 | | | | |
| 107 | ICS Brooks-Wimbush Interview 1.7.11<br>Bates: 162-164 | | | | |
| 108 | ICS Randle-Wimbush Arrest 2.21.11<br>Bates: 300 | | | | |
| 109 | ICS Randle-Redden Interview 1.6.11<br>Bates: 69-72 | | | | |

# Index:

| | U.S. v. Hinton et al | | | DJ# 144-19M-1772 |
|---|---|---|---|---|

| No. | Exhibit | Witness | Move | Admit | STIP |
|---|---|---|---|---|---|
| 110 | Willie Redden Handwritten Statement<br>Bates: 73 | | | | |
| 111 | Ronald Lach Handwritten Statement<br>Bates: 135 | | | | |
| 112 | James Hinton GJ<br>Bates: 8088-8144 | | | | |
| 113 | Kadarius Thomas GJ<br>Bates: 8187-8252 | | | | |
| 114 | Emmett McKenzie GJ<br>Bates: 8311-8348 | | | | |
| 115 | Darren Douglass-Griffin GJ<br>Bates: 9595-9632 | | | | |
| 116 | 302 James Hinton 9.28.2012<br>Bates: 7205-7206 | | | | |
| 117 | 302 Tyler Griffin 1.9.2013<br>Bates: 8786-8789 | | | | |
| 118 | 302 Christopher Hall Proffer 1.17.2014<br>Bates: 11352-11355 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |